No. 92–5. MACKENSWORTH *v.* SEA-LAND SERVICE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7. JYOTHI *v.* APPELLATE DEPARTMENT, SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY (SOUTHERN CALIFORNIA RAPID TRANSIT DISTRICT, AKA SCRTD, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–10. TREVINO ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–13. GRIMES *v.* JOHN P. MCCARTHY PROFIT SHARING PLAN ET AL. Sup. Ct. Del. Certiorari denied.

No. 92–15. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL. *v.* LADY BALTIMORE FOODS, INC. C. A. 7th Cir. Certiorari denied.

No. 92–16. MDPHYSICIANS & ASSOCIATES, INC. *v.* TEXAS STATE BOARD OF INSURANCE ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–18. UNITED TECHNOLOGIES INTERNATIONAL, INC., P & W COMMERCIAL ENGINE BUSINESS *v.* MALEV HUNGARIAN AIRLINES. C. A. 2d Cir. Certiorari denied.

No. 92–20. WINER *v.* WINER ET AL. Super. Ct. Mass., Essex County. Certiorari denied.

No. 92–22. APEX OIL CO. ET AL. *v.* CLARK OIL & REFINING CORP. C. A. 8th Cir. Certiorari denied.

No. 92–23. HOLLAND ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–24. IN RE BELL. Sup. Ct. Ill. Certiorari denied.

No. 92–28. BROSTOFF *v.* BERKMAN, ACTING JUSTICE, SUPREME COURT OF NEW YORK, NEW YORK COUNTY. Ct. App.